BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
JOSHUA D. HURWIT, IDAHO STATE BAR NO. 9527
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV, SUITE 600
800 EAST PARK BOULEVARD
BOISE, IDAHO 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-9433

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| UNITED STATES OF AMERICA, | Case No. 1:18-cr-35-EJL |
|---|---|
| Plaintiff, | **INFORMATION** |
| vs. | 18 U.S.C. § 1343 |
| CAMERON HIGH, | *Filed Under Seal* |
| Defendant. | |

The United States Attorney charges:

## GENERAL ALLEGATIONS

1. Yellowstone Partners is an investment management firm headquartered in Idaho Falls, Idaho.

2. Clients of Yellowstone Partners entrusted their monies to Yellowstone Partners to invest and manage in exchange for certain fees.

**INFORMATION - 1**

3. Yellowstone Partners' fees were set forth in management agreements between Yellowstone Partners and its clients.

4. Yellowstone Partners' clients' monies were kept in accounts at a third party custodian financial institution (the "Third Party Custodian"). Yellowstone Partners directed how the monies in the client accounts were invested and how they were disbursed. This included submitting billing requests to the Third Party Custodian to take fees from client accounts and to deposit them into Yellowstone Partners' own accounts.

5. During the relevant time period, David Hansen was the Chief Executive Officer and majority owner of Yellowstone Partners.

6. From approximately 2008 through 2017, the Defendant, CAMERON HIGH, served as Chief Compliance Officer.

7. Both Hansen and HIGH had authority to submit client billing requests to the Third Party Custodian.

## COUNT ONE

### Wire Fraud
### 18 U.S.C. § 1343

8. On or about an unknown date, and continuing until at least on or about April of 2016, in the District of Idaho, the Defendant, CAMERON HIGH, knowingly devised, participated in, and intended to devise a scheme of Hansen's to defraud as to material matters the "D Family," a client of Yellowstone Partners, and to obtain money and property belonging to the D Family by means of materially false and fraudulent pretenses, representations, and promises, to wit: submitting fraudulent billing requests to the Third Party Custodian resulting in the transfer to Yellowstone Partners of D Family funds to which Yellowstone Partners was not entitled.

9. On or about May 28, 2013, the defendant, for the purpose of executing the scheme described above, did knowingly transmit and caused to be transmitted by means of wire communication in interstate commerce the following writings, signs, signals and sounds an e-mail to the Third Party Custodian containing a billing request for an "origination fee" of $83,547.26, to which Yellowstone Partners was not entitled, to be transferred from a D Family account to a Yellowstone Partners account, in violation of Title 18, United States Code, Section 1343.

Dated this 1st day of February, 2018.

BART M. DAVIS
United States Attorney
By:

JOSHUA D. HURWIT
Assistant United States Attorney

**INFORMATION - 3**