**CRIMINAL PROCEEDINGS - Arraignment and Plea hearing**

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO**

Judge: Edward J. Lodge                    Date: March 14 , 2018
Case No. 17-CR-00035-EJL-1                Courtroom Deputy:   Sherri O'Larey
Time: 1:30 - 1:52 p.m.                    Reporter:   Lisa Yant

**UNITED STATES OF AMERICA vs** Cameron High

  Counsel for  United States: Joshua Hurwit
         Defendant: Craig Durham and Deborah Ferguson, Retained Counsel
         Interpreter: None
         Probation: Mandy Arnold

The Court advised the defendant of his constitutional rights, the charges in this matter and the maximum penalties that could be imposed.
The Court reviewed with the defendant his right to an indictment and reviewed the waiver of indictment.  The defendant waived his right to indictment and signed the waiver.

The Court noted for the record that the Court has been advised  the defendant will be entering a plea of guilty to the charges in this matter.
Defendant - Sworn
Defendant found competent to enter a knowing and voluntary plea and is satisfied with representation and his attorney's advise.
Defendant waived the reading of the charging document.
Counsel for the Government stated for the record the elements and evidence of the charge.   The defendant  understands the maximum penalties and elements of the charge and agree with Mr. Hurwit's statement as to the factual elements.
Defendant's Constitutional Rights explained and defendant stated he understood his rights.
Maximum punishment stated for the record  and the defendant stated he understood the maximum penalties.
Each of Counsel agreed with the maximum penalties as stated by the Court.
Defendant and counsel advise the change of plea is knowledgeable and voluntary,  have discussed potential defenses and understand the rights which are being given up  and enter a plea of guilty to Count 1 of the Information.

**Plea accepted.  Sentencing set before Judge Edward J. Lodge:**  June 5,  2018 at 10:00 a.m.
  Court ordered a presentence investigation report.
    Original report to Counsel: April 24, 2018
    Notification of Objections: May 8,  2018
    Final Report Due: : May 22, 2018

Letters for the Court's consideration should be submitted to the Probation Officer along with any Objections.  In the exceptional case where letters are not provided to the Probation Officer before the filing of the final PSR, counsel must file the letters with the Court and such letters must be filed no later than seven (7) days prior to the date of sentencing.

Sentencing memoranda shall be filed no later than seven (7) days prior to the date of sentencing. If the memoranda contains information that is sensitive or private, then the filing party must file the sentencing memoranda under seal. The filing party must provide the basis for filing the memoranda under seal either in the memoranda itself or in a separate motion to seal.

Counsel shall advise the courtroom deputy at least fourteen(14) days prior to the date of sentencing if a sentencing hearing is expected to last longer than one hour.

Government has no objection to the defendant being released on the conditions as outlined by pretrial services.

The Court Ordered the defendant released on the conditions as outlined in the pretrial services report.  The Court advised the defendant to stay in contact with his counsel and advised the defendant of the possible penalties if he were to violate the conditions of his release.