UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>    Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>CAMERON HIGH,  )<br>  )<br>    Defendant.  )<br>  ) | CR No. 18-035-S-EJL<br><br>ORDER TO UNSEAL |

    IT IS HEREBY ORDERED that the Motion to Unseal the Information in the above matter is GRANTED.

Dated: **March 15, 2018**

Honorable Edward J. Lodge
United States District Judge

ORDER - 1