BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
JOSHUA D. HURWIT, IDAHO STATE BAR NO. 9527
RAYMOND E. PATRICCO, DISTRICT OF COLUMBIA BAR NO. 454792
ASSISTANTS UNITED STATES ATTORNEY
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV, SUITE 600
800 EAST PARK BOULEVARD
BOISE, IDAHO 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-1413

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 4:18-cr-00035-DCN |
| Plaintiff, | **THE UNITED STATES OF AMERICA'S MOTION TO UNSEAL PLEA AGREEMENT AND CASE FILINGS** |
| vs. | |
| CAMERON HIGH, | *Filed Under Seal* |
| Defendant. | |

The United States of America, by and through Bart M. Davis, United States Attorney for

the District of Idaho, and Joshua D. Hurwit and Raymond E. Patricco, the undersigned

Assistants United States Attorney for the District of Idaho, hereby moves the Court for an order,

**MOTION TO UNSEAL PLEA AGREEMENT AND CASE FILINGS - 1**

pursuant to Federal Rules of Criminal Procedure 11(c)(2), 16(d)(1), and 49.1(d), unsealing the Information (ECF No. 1), the Plea Agreement of Cameron High (ECF No. 4), and the other filings in this case.

This Motion is based on the following:

1. Cameron High pleaded guilty, pursuant to the Plea Agreement, to wire fraud for participating in the wire fraud scheme alleged in the Indictment in this case. (*See* Information, ECF No. 8.)

2. As part of the Plea Agreement, High agreed to provide substantial assistance to the Government, including potentially testifying at trial. The Government anticipates calling High as a witness in the trial in the related case against David Hansen (Case No. 4:18-cr-00346-DCN). As part of the Government's duty to disclose information favorable to a defendant, the Government must disclose any potential impeachment evidence pertaining to witnesses, including inducements to testify. *Giglio v. United States*, 405 U.S. 150, 153-54 (1972); *Brady v. Maryland*, 373 U.S. 83, 87 (1963).

3. The Government is unaware of compelling reasons to keep under seal the other documents filed in this case.

**MOTION TO UNSEAL PLEA AGREEMENT AND CASE FILINGS - 2**

Accordingly, the Government moves the Court to unseal the Information and Plea Agreement of Cameron High because they are subject to discovery in the related case, *United States v. Hansen*, Case No. 4:18-cr-00346-DCN. The Government also moves to unseal the other filings in this case.

Respectfully submitted this 17th day of January, 2019.

BART M. DAVIS
United States Attorney
By:

_____
s/ Joshua D. Hurwit
s/ Raymond E. Patricco
Assistants United States Attorney

**MOTION TO UNSEAL PLEA AGREEMENT AND CASE FILINGS - 3**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 17, 2019, the foregoing **THE UNITED STATES OF AMERICA'S MOTION TO UNSEAL PLEA AGREEMENT AND CASE FILINGS, Filed Under Seal,** was electronically filed with the Clerk of the Court using the CM/ECF system, and that a copy was served on the following parties or counsel by email:

> Craig H. Durham
> Deborah A. Ferguson
> Ferguson Durham, PLLC
> Attorneys at Law
> 223 North 6th Street, Suite 325
> Boise, Idaho 83702
> CHD@FergusonDurham.com
> DAF@FergusonDurham.com

                                          s/ Joshua D. Hurwit

**MOTION TO UNSEAL PLEA AGREEMENT AND CASE FILINGS - 4**