U.S. COURTS

Rcvd_____ JAN 0 6 2021

Filed_____ Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>vs.<br><br>CAMERON HIGH,<br><br>    Defendant,<br><br>and<br><br>TD AMERITRADE, INC.,<br><br>    Garnishee. | Case No. 1:18-cr-00035-DCN<br><br>**ANSWER OF GARNISHEE** |

STATE OF __Missouri__ )
                          ) ss:
COUNTY OF __Saint Louis__ )

I, __Harry Carr IV__, BEING DULY SWORN, DEPOSE AND STATE:

I am the above-named Garnishee or authorized by the Garnishee to make this affidavit on its behalf regarding the Writ of Continuing Garnishment.

On __December 28, 2020__, Garnishee was served with the Writ of Continuing Garnishment. At the time the Garnishee was served, Garnishee states as follows:

**EMPLOYMENT**

1. Defendant was in my/our employ. ____ Yes __XX__ No (If Defendant is not employed or was not employed by Garnishee, you do not need to complete paragraphs 2-8 and you may skip to paragraph 9)

2. Pay period is ____ weekly; ____ bi-weekly; ____ semi-monthly; ____ monthly

   a. Enter date on which present pay period began. (Present means the pay period in which this Writ and Notice of Garnishment were served.) _____

ANSWER OF GARNISHEE – 1.

    b. Enter date present pay period ends. _____

3. Enter amount of Defendant's net wages. Calculate below:

    a. Gross pay                              _____

    b. Federal Income Tax            _____

    c. F.I.C.A. Income Tax            _____

    d. State Income Tax               _____

    Total of Tax Withholdings
    (add b, c, and d)                   _____

    Net Wages
    (a less total of b, c, and d)      _____

4. State the nature of employment and describe the duties and/or services
_____

5. What is Defendant's hourly or periodic rate of pay or other manner of compensation?
_____

6. Is Defendant a permanent or temporary employee?
_____

7. Is Defendant a full-time or part-time employee?
_____

8. How many hours each week does Defendant work?
_____

**OTHER GARNISHMENTS**

9. Are there other garnishments currently in effect? _____ Yes __XX__ No.

If the answer is yes, describe below, indicate the extent to which any remaining property

is not exempt, the balance still owing on the garnishment and when said garnishments

will be satisfied. _____

_____

ANSWER OF GARNISHEE – 2

## PROPERTY/FUNDS IN GENERAL

10. Garnishee has custody, control or possession of the following property (non-earnings including funds), in which the Defendant maintains an interest, as described below:

| Description of Property | Approximate Value | Defendant's Interest in Property |
|---|---|---|
| 1. 489-018143 | $3,947.10 | Single Brokerage Account |
| 2. 489-915160 | $76,802.42 | IRA Account |
| 3. 491-488156 | $48.86 | IRA Account |
| 4. | | |

## ACCOUNTS

11. Garnishee has custody, control, or possession of the following accounts in which Defendant has an interest:

| Account Number (Last 4 digits) | Account Type | Balance | Cash Surrender Value |
|---|---|---|---|
| See Question #10 | | | |
| | | | |
| | | | |
| | | | |

## PROPERTY/FUNDS TO BE PAID OR OWED TO DEFENDANT

12. Garnishee anticipates owing to the Defendant in the future the following amounts (include estimated earnings or wages):

ANSWER OF GARNISHEE – 3

| Amount | Estimate Date or Period Due |
|---|---|
| $ No other accounts | |
| $ | |
| $ | |
| $ | |

## NO PROPERTY ASSERTION

Check the applicable line below if you claim that you <u>do not</u> hold property subject to attachment by this Writ of Continuing Garnishment.

\_\_\_\_\_ Garnishee, at the time of the service of the Writ of Continuing Garnishment, did not have any property in which Defendant has an interest in its custody, control, or possession and did not, does not, and will not owe Defendant any money or property.

## OTHER

Anything else you wish to state, claim, or note: _____

_____.

## SERVICE

Garnishee mailed a copy of this answer by first-class mail to (1) the Defendant, Cameron High, Idaho Falls, ID 83401, and (2) the attorney for the United States, William M. Humphries, Assistant United States Attorney, 1290 W. Mrytle St., Suite 500, Boise, ID 83702, on \_\_\_December 30th\_\_\_, 2020.

ANSWER OF GARNISHEE – 4

PREPARED BY: Harry Carr IV

SIGNATURE: *Harry S. Carr IV*

TITLE: Sr. Paralegal

TELEPHONE: 314-343-3437

ADDRESS: 700 Maryville Centre Dr St Louis MO. 63132

SUBSCRIBED AND SWORN to before me this _____ day of _____, 20__.

_____
NOTARY PUBLIC
Residing at: _____
My Commission Expires: _____

> MARY JOHNMEYER
> Notary Public - Notary Seal
> STATE OF MISSOURI
> Commissioned for St. Charles County
> My Commission Expires: November 27, 2021
> ID #07421924

ANSWER OF GARNISHEE – 5

## ATTACHMENT TO ANSWER OF GARNISHEE

The original Answer of Garnishee must be mailed to:

> Clerk, United States District Court
> 550 West Fort Street
> Boise, ID 83724

and a copy of this Answer of Garnishee must be mailed to:

> WILLIAM M. HUMPHRIES
> Assistant United States Attorney
> 1290 W. Myrtle St., Suite 500
> Boise, ID 83702

and to:

> Cameron High
> Idaho Falls, ID 83401

ANSWER OF GARNISHEE – 6