U.S. COURTS

JAN 0 6 2021

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CAMERON HIGH,

    Defendant,

and

TD AMERITRADE, INC.,

    Garnishee.

Case No. 1:18-cr-00035-DCN

**CLAIM OF EXEMPTIONS AND REQUEST FOR HEARING**

[ ] I claim that the property being taken by the United States and held by Garnishee is exempt under the following applicable exemption(s): _____.

Description of Property: _____

_____

which has an estimated market value of: $_____.

[ ] I hereby request a court hearing in this district or [ ] I hereby request a transfer to the federal district where I reside in the _____ (district) of _____ (state).

[ ] I do not request a hearing.

I understand that this form will be a publicly filed document

    I HEREBY CERTIFY AND DECLARE that the statements made in this claim of entitlement to exemptions and the fair market value of the property designated are made and declare under penalty of perjury that they are true and correct.

CLAIM OF EXEMPTIONS AND REQUEST FOR HEARING – 1

---
Date       Signature of Defendant

---
Defendant's Printed or Typed Name

---
Street Address

---
City, State and Zip

---
Telephone Number

CLAIM OF EXEMPTIONS AND REQUEST FOR HEARING – 2

## CERTIFICATE OF SERVICE

I certify that on this _____ day of _____, 2020, I mailed the Claim for Exemptions and Request for Hearing to the following:

**Original to:**
Clerk, U.S. District Court
550 West Fort Street
Boise, Idaho 83724

**Copy to:**
WILLIAM M. HUMPHRIES
Assistant United States Attorney
1290 W. Myrtle St., Suite 500
Boise, Idaho 83702

TD Ameritrade
200 S. 108th Ave., Floor 11
Omaha, NE 68154

Incorporated Services, LTD.
Registered Agent for TD Ameritrade
921 S. Orchard St., Suite G
Boise, ID 83705

_____
Defendant-Judgment Debtor

CLAIM OF EXEMPTIONS AND REQUEST FOR HEARING – 3

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>vs.<br><br>CAMERON HIGH,<br><br>    Defendant,<br><br>and<br><br>TD AMERITRADE, INC.,<br><br>    Garnishee. | Case No. 1:18-cr-00035-DCN<br><br>**WRIT OF GARNISHMENT**<br>**(EX PARTE)** |

GARNISHEE ("You"):    TD Ameritrade, Inc.
200 S. 108th Ave., Floor 11
Omaha, NE 68154-2631
and
Incorporated Services, LTD.
Registered Agent for TD Ameritrade, Inc.
921 S. Orchard St., Suite G
Boise, ID 83705
or its authorized agent
and its successors or assigns

    The United States has filed an Ex Parte Application for Writ of Garnishment against the property of Cameron High, Defendant herein. The U.S. District Court for the District of Idaho entered an amended judgment for criminal restitution against the above-named Defendant in the amount of $80,317.41 for a total currently due of $79,967.41 as of December 17, 2020.

WRIT OF GARNISHMENT (EX PARTE) - 1

The United States of America has further requested, as part of this Garnishment, that it recover a surcharge of 10% of the amount of the current outstanding debt pursuant to 28 U.S.C. § 3011(a).

YOU ARE REQUIRED by law to answer in writing, under oath, within 10 days of service upon you of this Writ, whether or not you have in your custody, control, or possession, any property owned by the Defendant or property in which Defendant has a non-exempt substantial interest, including non-exempt, disposable earnings. State whether or not you anticipate paying the Defendant any future payments and whether such payments are weekly, bi-weekly, monthly, or otherwise. If there is a cash surrender value, or other value that is payable upon request of Defendant, state such value.

YOU MUST FILE the original written answer to this Writ within 10 days of your receipt of it by mailing or delivering it to:

Clerk of U.S. District Court
550 West Fort Street
Boise, Idaho 83724.

You are also required by law to serve a copy of your Answer to this Writ upon the Defendant, whose last known address is in Idaho Falls, Idaho. The United States will provide Defendant's full address in its instructions required under 28 U.S.C. § 3205(c)(3)(A). And you must serve a copy of your Answer upon the United States Attorney's Office by sending it to:

WRIT OF GARNISHMENT (EX PARTE) - 2

WILLIAM M. HUMPHRIES
Assistant United States
Attorney 1290 W. Myrtle St.,
Suite 500
Boise, Idaho 83702

After receiving the Writ of Garnishment, YOU ARE REQUIRED to withhold and retain any property in which the Defendant has a substantial, nonexempt interest or for which you are or may become indebted to the Defendant pending further order of the Court.

Under the law, certain types of property are exempt from this Writ. Exempt property is listed on the list of exemptions in the Clerk's Notice and Instructions to Debtor of Post-Judgment Garnishment. Pursuant to 15 U.S.C. § 1673(a), the maximum garnishment allowed is 25% of the Defendant's disposable earnings for that week or the amount by which the Defendant's disposable earnings for that week exceed 30 times the federal minimum hourly wage in effect at the time the earnings are payable (currently $7.25 per hour), whichever is less, or a multiple thereof when a pay period is other than a week.

Pursuant to 15 U.S.C. § 1674, you, the Garnishee, are prohibited from discharging the Defendant from employment because his earnings are subject to garnishment.

IF YOU FAIL TO ANSWER THIS WRIT OR TO WITHHOLD PROPERTY in accordance with this Writ, the United States of America may petition the Court for an order requiring you to appear before the Court. If you fail to appear or do appear and fail to show good cause why you failed to comply with this Writ, the Court may enter a judgment against you for the value of the Defendant's non-exempt property. It is unlawful

WRIT OF GARNISHMENT (EX PARTE) - 3

to pay or deliver to the Defendant any item attached by this Writ until further order of the Court.

The ex parte nature of this garnishment proceeding will be maintained by the Clerk of the Court until the Garnishee is served with this Writ by the United States.

DATED: December 21, 2020

David C. Nye
Chief U.S. District Court Judge

WRIT OF GARNISHMENT (EX PARTE) - 4

BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
**WILLIAM M. HUMPHRIES, WASHINGTON STATE BAR NO. 44452**
**ASSISTANT UNITED STATES ATTORNEY**
DISTRICT OF IDAHO
1290 W. MYRTLE ST., SUITE 500
BOISE, ID 83702
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-1413
Email: Bill.Humphries@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>vs.<br>CAMERON HIGH,<br><br>　　　　Defendant,<br>and<br>TD AMERITRADE, INC.,<br><br>　　　　Garnishee. | Case No. 1:18-cr-00035-DCN<br><br>**CLERK'S NOTICE AND INSTRUCTIONS TO DEBTOR OF POST-JUDGMENT GARNISHMENT (EX PARTE)** |

TO:　Cameron High
　　　Idaho Falls, ID 83401

You are hereby notified that property in which you have a substantial interest is being taken by the United States of America because the United States has a judgment against you in the above-referenced matter in the sum of $80,417.41[1]. A balance of $79,967.41 remains outstanding as of December 17, 2020.

---

[1] An Amended Judgment was entered by this Court on November 4, 2020, ordering restitution in the amount of $80,317.41. ECF No. 51

CLERK'S NOTICE AND INSTRUCTIONS TO DEBTOR OF POST-JUDGMENT
GARNISHMENT – 1



In addition, you are hereby notified that the law may exempt some of the property from being taken by the United States if you can show that the exemptions apply. The exemptions that apply to criminal debts pursuant to 18 U.S.C. § 3613 are as follows:

### EXEMPTIONS UNDER FEDERAL LAW (18 U.S.C. § 3613)

NOTE: 18 U.S.C. § 3613(a), the federal statute governing liens arising from criminal fines and restitution obligations, generally incorporates the exemptions available to individual taxpayers under the Internal Revenue Service Code.

1. Wearing apparel and school books - Such items of wearing apparel and such school books as are necessary for the Defendant or for members of his family. 26 U.S.C. § 6334(a)(1).

2. Fuel, provisions, furniture, and personal effects - So much of the fuel, provisions, furniture, and personal effects in the Defendant's household, and of the arms for personal use, livestock, and poultry of the Defendant, as does not exceed **$9,690** in value. 26 U.S.C. § 6334(a)(2); Rev. Proc. 2016-55, 2016-45 I.R.B. 707 (2016).

3. Books and tools of a trade, business, or profession - So many of the books, and tools necessary for the trade, business, or profession of the Defendant as do not exceed in the aggregate **$4,850** in value. 26 U.S.C. § 6334(a)(3); Rev. Proc. 2016-55, 2016-45 I.R.B. 707 (2016).

4. Unemployment benefits - Any amount payable to an individual with respect to the Defendant's unemployment (including any portion thereof payable with respect to dependents) under an unemployment compensation law of the United States, of any State, or of the District of Columbia or of the Commonwealth of Puerto Rico. 26 U.S.C. § 6334(a)(4).

5. Undelivered mail - Mail, addressed to any person, which has not been delivered to the addressee. 26 U.S.C. § 6334(a)(5).

6. Certain annuity and pension payments - Annuity or pension payments under the Railroad Retirement Act, benefits under the Railroad Unemployment Insurance Act, special pension payments received by a person whose name has been entered on the Army, Navy, Air Force, and Coast Guard Medal of Honor roll (38 U.S.C. § 1562), and annuities based on retired or retainer pay under Chapter 73 of Title 10 of United States Code. 26 U.S.C. § 6334(a)(6).

7. Workmen's Compensation - Any amount payable with respect to compensation (including any portion thereof payable with respect to dependents) under a workmen's compensation law of the United States, any State, the District of Columbia, or the Commonwealth of Puerto Rico. 26 U.S.C. § 6334(a)(7).

CLERK'S NOTICE AND INSTRUCTIONS TO DEBTOR OF POST-JUDGMENT GARNISHMENT – 2

8. Judgments for support of minor children - If the Defendant is required by judgment of a court of competent jurisdiction, entered prior to the date of levy, to contribute to the support of his minor children, so much of his salary, wages, or other income as is necessary to comply with such judgment. 26 U.S.C. § 6334(a)(8).

9. Certain service-connected disability payments - Any amount payable to an individual as a service-connected (within the meaning of section 101(16) of Title 38, United States Code) disability benefit under--(A) subchapter II, III, IV, V, or VI of Chapter 11 of such Title 38, or (B) Chapter 13, 21, 23, 31, 32, 34, 35, 37, or 39 of such Title 38. 26 U.S.C. § 6334(a)(10).

10. Assistance under Job Training Partnership Act - Any amount payable to a participant under the Job Training Partnership Act (29 U.S.C. § 1501 et seq.) from funds appropriated pursuant to such Act. 26 U.S.C. § 6334(a)(12).

11. Minimum exemptions for wages, salary and other income. The exemptions under 26 U.S.C. § 6334(a)(9) do not apply in criminal cases. The exceptions under the Consumer Credit Protection Act, 15 U.S.C. § 1673, for disposable earnings, automatically apply and do not need to be claimed. The aggregate disposable earnings of an individual for any workweek which is subjected to garnishment may not exceed (1) 25 % of his disposable earnings for that week, or (2) the amount by which his disposable earnings for that week exceed thirty times the Federal minimum hourly wage in effect at the time the earnings are payable, whichever is less.

You have a right to ask the Court to return your property to you if you think the property the United States is taking qualifies under one of the exemptions.

If you want a hearing, you must notify the Court within 20 days after receipt of this notice. Your request must be in writing. If you wish, you may use the attached Claim of Exemptions and Request for Hearing form to request a hearing. You must either mail the form or deliver the form in person to the following address:

    Clerk of the U.S. District Court
    550 West Fort Street
    Boise, Idaho 83724

You must also let the United States know that you want a hearing by sending one copy of the form to counsel for the United States at the following address:

CLERK'S NOTICE AND INSTRUCTIONS TO DEBTOR OF POST-JUDGMENT GARNISHMENT – 3

WILLIAM M. HUMPHRIES
Assistant United States Attorney
1290 W. Myrtle St., Suite 500
Boise, Idaho 83702

The hearing will take place within 5 days after the Clerk receives your request, if you ask for it to take place that quickly, or as soon after that as possible.

At the hearing you may explain to the judge why you think the property the United States has taken is exempt. If you do not request a hearing within 20 days of receiving this notice, a Garnishment Order will be issued and the funds or property will be applied against the Judgment owed to the United States of America.

If you think you live outside the federal judicial district in which the Court is located, you may request, not later than 20 days after you receive this notice, that this proceeding to take your property be transferred by the Court to the federal judicial district in which you reside. You must make your request in writing, and either mail it or deliver it in person to the Clerk of the Court at the address heretofore provided. You must also send a copy of your request to counsel for the United States at the address heretofore provided so that the United States will know you want the proceeding to be transferred.

Be sure to keep a copy of this notice for your own records. If you have any questions about your rights or about this procedure, you should contact a lawyer or an office of public legal assistance, or the Clerk of the Court. The Clerk is not permitted to give legal advice, but can refer you to other sources of information.

DATED this 21st day of December , 2020.



United States Courts
District of Idaho
**ISSUED**
Jocelyn Dunnegan
on Dec 21, 2020 4:40 pm

STEPHEN W. KENYON, Clerk
United States District Court
By

/s/ J. Dunnegan
Deputy Clerk

CLERK'S NOTICE AND INSTRUCTIONS TO DEBTOR OF POST-JUDGMENT GARNISHMENT – 4